# EXHIBIT F

JAMES E. BROWN
DONALD P. CHIARI
MICHAEL C. SCINTA
JAMES M. MUCKLEWEE
MICHAEL R. DRUMM
THERESA M. WALSH
DAVID W. OLSON
ANGELO S. GAMBINO
MICHELE A. BRAUN
NICOLE T.C. MARQUES
ERIC M. SHELTON
ANDREA N. CONJERTI
TIMOTHY M. HUDSON
COLLEEN P. FAHEY
BRIAN R. HOGAN
MICHAEL C. LANCER
ELEANOR BLISS FERRY
JEFFREY M. SHALKE

Of Counsel
BRADLEY D. MARBLE

PARALEGALS
KIMILLE C. KASPEREK
HEATHER M. KLING
TANYA L. BLEYLE
ELENA M. METSCHL
HEATHER A. LARIVEY
NADINE A. REFORMAT
CHERYL A. PFENDER
SARA L. WARREN
TERILYN J. JUREK
JOANNE YANNELLO
JOEL GORSKI
AMBURLEY J. BURRIS
RACHEL M. VOIGT
DANIELLE H. HART
REBECCA SUGG
LESLIE A. SHOUP
LEAH M. CHAMBERLAIN
MARISSA L. DIRIENZO

# BROWN CHIARI LLP
## ATTORNEYS
### THE INJURY LAW CENTER

2470 Walden Avenue
Buffalo, New York 14225-4751

TEL 716.681.7190
FAX 716.681.8136*
BrownChiari.com
*not for service of process

November 6, 2019

*Via E-mail & U.S. Mail*
Jessica DeMichiel, Esq.
Kaufman Borgeest & Ryan
701 Seneca Street
Suite 710N
Buffalo, NY 14210

RE:   *LaSurk v. Absolut at Orchard Park, LLC, et al.*
      Index #805925/2016

Dear Ms. DeMichiel:

Please be advised that pursuant to CPLR §3122-a Plaintiff may offer at trial the following business records pursuant to certification:

1. Absolut Center for Nursing & Rehabilitation at Orchard Park, LLC;
2. Hospice Buffalo; and
3. TLC Health Network Facility;

Very truly yours,

BROWN CHIARI LLP

Michele A. Braun

MAB/ajb