# EXHIBIT G

JAMES E. BROWN
DONALD P. CHIARI
MICHAEL C. SCINTA
JAMES M. MUCKLEWEE
MICHAEL R. DRUMM
THERESA M. WALSH
DAVID W. OLSON
ANGELO S. GAMBINO
MICHELE A. BRAUN
NICOLE T.C. MARQUES
ERIC M. SHELTON
ANDREA N. CONJERTI
TIMOTHY M. HUDSON
COLLEEN P. FAHEY
BRIAN R. HOGAN
MICHAEL C. LANCER
ELEANOR BLISS FERRY
JEFFREY M. SHALKE
MICHAEL T. BENZ

Of Counsel
BRADLEY D. MARBLE

PARALEGALS
KIMILLE C. KASPEREK
HEATHER M. KLING
TANYA L. BLEYLE
ELENA M. METSCH
HEATHER A. LARIVEY
NADINE A. REFORMAT
CHERYL A. PFENDER
SARA L. WARREN
TERILYN J. JUREK
JOANNE YANNELLO
JOEL GORSKI
AMBURLEY J. BURRIS
RACHEL M. VOIGT
DANIELLE H. HART
REBECCA SUGG
JILL M. CIRRINCIONE
JENNA M. WOJDAN
LESLIE A. SHOUP
LEAH M. CHAMBERLAIN
MARISSA L. DIRIENZO

# BROWN CHIARI LLP

ATTORNEYS

THE INJURY LAW CENTER

2470 Walden Avenue
Buffalo, New York 14225-4751

TEL 716.681.7190
FAX 716.681.8136*
BrownChiari.com
*not for service of process

November 11, 2019

<u>VIA FAX (212-937-3326) & MAIL</u>
William M. Hawkins Esq.
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154

RE: *In Re: Absolut Facilities Management LLC et al*
Case No. 19-76260

Dear Mr. Hawkins:

Our office is in receipt of your letter of November 8, 2019, objecting to correspondence of Michele Braun, Esq., dated November 6, 2019, sent pursuant to CPLR §3122-a, upon the basis that the letter violates the automatic stay covering "Debtors" *Absolut Facilities Management, LLC* and *Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC* who have filed Chapter 11 bankruptcy petitions.

Please be advised that the November 6, 2019 letter was not directed to debtors-defendants *Absolut Facilities Management, LLC* or *Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC*, as we respect the automatic stay, under 11 U.S.C §362, in place as to the parties/entities to which it applies.

The November 6, 2019 letter was addressed to Jessica DeMichiel, Esq., of Kaufman, Borgeest & Ryan LLP, as she represents and has answered on behalf of *Israel Sherman*, a named, non-debtor defendant in the *LaSurk v. Absolut Facilities Management, LLC, et al.* (Index No. 805925/2016) action.

It is our understanding that *Israel Sherman* is not a "Debtor" under the Chapter 11 bankruptcy petitions filed by your clients, and the automatic stay under 11 U.S.C. §362 does not apply to him. Indeed, according to our conversation on today's date, you advised that you do not represent non-debtor, *Israel Sherman*.

William M. Hawkins Esq.
November 11, 2019
Page 2 of 2

     A trial date in this matter is currently scheduled for December 6, 2019. Non-debtor defendant, *Israel Sherman* is individually responsible for the subject claims pursuant to New York Public Health Law §2808-a. As such, we previously discussed with Mr. Sherman's litigation counsel our intention to move forward with the December 6th trial date as against him.

     The November 6, 2019 letter was sent in compliance with our obligations under CPLR §3122-a to advise defense counsel of our intention to offer certified business records, in anticipation of the scheduled trial as against non-debtor defendant, *Israel Sherman*. If you have information or authority to the contrary, please provide same to our office.

                      Very truly yours,

                      BROWN CHIARI LLP

                      Michael C. Scinta

cc:    Jessica M. DeMichiel, Esq.