# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Absolut Facilities Management, LLC                     Bankruptcy Case No.: 8–19–76260–ast

Absolut Facilities Management, LLC
                                       Plaintiff(s),

–against–                                                                                          Adversary Proceeding No. 8–19–08155–ast

Mark LaSurk as Administrator of the Estate of Rhonda LaSurk
                                       Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**

**United States Bankruptcy Court**
**290 Federal Plaza**
**Central Islip, NY 11722**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**

**Mary Jean Kim**
**Loeb & Loeb LLP**
**345 Park Avenue**
**New York, NY 10154**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: December 18, 2019                                     Robert A. Gavin, Jr., Clerk of the Court