Hearing Date: **January 13, 2020 @ 11:00 am**
Objections Due: **January 6, 2020 @ 12:00 pm**

**LOEB & LOEB LLP**
Schuyler G. Carroll
William M. Hawkins
Evan K. Farber
Mary Jean Kim
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email: scarroll@loeb.com
whawkins@loeb.com
efarber@loeb.com
mjkim@loeb.com

*Counsel to the Debtors*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 19-76260 |
| | ) | Case No. 19-76263 |
| | ) | Case No. 19-76267 |
| | ) | Case No. 19-76268 |
| Absolut Facilities Management, LLC, *et al*. | ) | Case No. 19-76269 |
| | ) | Case No. 19-76270 |
| Debtors.[1] | ) | Case No. 19-76271 |
| | ) | Case No. 19-76272 |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

| | |
|---|---|
| Absolut Facilities Management, LLC, et al., <br><br>             Plaintiffs, <br>v. <br><br>Mark LaSurk as Administrator of the Estate of Rhonda LaSurk, <br>             Defendant. | Chapter 11 <br><br> Adv. Pro. No. 8:19-08155 |

### SECOND AMENDED NOTICE OF HEARING TO CONSIDER DEBTORS' MOTION TO ENFORCE OR EXTEND THE AUTOMATIC STAY OR FOR INJUNCTIVE RELIEF ENJOINING PROSECUTION OF CERTAIN LITIGATION AGAINST ISRAEL SHERMAN

**PLEASE TAKE NOTICE** that that on December 17, 2019, Absolut Facilities Management, LLC and its affiliated debtor entities (collectively, the "**Absolut Facilities Operators**" and each an "**Absolut Facilities Operator**")[2] as debtors and debtors-in-possession (collectively, the "**Debtors**" and each a "**Debtor**") in the above-referenced chapter 11 cases and adversary proceeding, by and through their undersigned counsel, filed the attached *Motion to Enforce or Extend the Automatic Stay Or For Injunctive Relief Enjoining Prosecution of Certain Litigation Against Israel Sherman* (the "**Motion**") with the United States Bankruptcy Court for the Eastern District of New York (the "**Court**"), pursuant to sections 105 and 362 of title 11 of the United States Code and Rules 7001(7), 7001(9), and 7065 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be filed and served so as to be actually received by January 7, 2020 at 12:00 pm Eastern time, with service to be made upon (a) counsel to the Debtors, Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154 (Attn: Schuyler G. Carroll and William M. Hawkins); (b) the Office of the United States Trustee for the Eastern District of New York, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722 (Attn: Christine H. Black); (c) counsel to the Official Committee of Unsecured Creditors, AMINI LLC, 140 East 45th Street, 25th Floor, New York, NY 10017 (Attn: Jeffrey Chubak); (d) counsel to the Arba Group, Arent Fox LLP, 1301 Avenue of the Americas, Floor 42, New York, NY 10019 (Attn: George P. Angelich); (e) counsel to Capital Funding, LLC, Whiteford, Taylor & Preston LLP, 220 White Plains Road, Second Floor, Tarrytown, NY 10591 (Attn: Kenneth M. Lewis); (f) counsel to Capital Finance, LLC, Blank Rome LLP, 444 West Lake Street, Suite 1650, Chicago, IL 60606 (Attn: Paige Tinkham); and (g)

---

[2] The Absolut Facilities Operators are the following Debtors: Absolut Center for Nursing and Rehabilitation at Westfield, LLC, Absolut Center for Nursing and Rehabilitation at Allegheny, LLC, Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC, Absolut Center for Nursing and Rehabilitation at Allegheny, LLC, Absolut Center for Nursing and Rehabilitation at Gasport, LLC, Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC, Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC, and Absolut at Orchard Brooke, LLC.

United States Department of Housing and Urban Development, 610 Federal Plaza, Fifth Floor, Central Islip, NY 11722 (Attn: Richard P. Donoghue and Megan J. Freismuth).

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, must (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; and (c) state with particularity the legal and factual basis for the objection.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on **January 13, 2020 at 11:00 am (Eastern Time)**, before the Honorable Alan S. Trust, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 2554, Brooklyn, NY 11201.

**PLEASE TAKE FURTHER NOTICE**, that the hearing on the Motion may be adjourned without further notice except as announced in open court on the hearing date, or at any adjourned hearing.

| | |
|---|---|
| Dated:   December 17, 2019<br>         New York, New York | LOEB & LOEB LLP<br>*/s/* Schuyler G. Carroll<br>  Schuyler G. Carroll<br>  William M. Hawkins<br>  Evan K. Farber<br>  Mary Jean Kim<br>  345 Park Avenue<br>  New York, NY 10154<br>  Tel: (212) 407-4000<br>  Fax: (212) 407-4990<br>  scarroll@loeb.com<br>  whawkins@loeb.com<br>  efarber@loeb.com<br>  mjkim@loeb.com<br><br>*Counsel for the Debtors* |